# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SALINI COSTRUTTORI, S.P.A., <br> *Plaintiff* <br> v. <br> KINGDOM OF MOROCCO <br> *Defendant* | ) <br> ) <br> ) Case No. 14-2036 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ada E. Bosque, United States

Date: 06/25/2015

ADA BOSQUE

Digitally signed by ADA BOSQUE
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=CIV, cn=ADA BOSQUE, 0.9.2342.19200300.100.1.1=1500100011 4554
Date: 2015.06.25 12:17:09 -04'00'

*Attorney's signature*

Ada E. Bosque
*Printed name and bar number*

1100 L Street, NW
Suite 11000
Washington, DC 20004

*Address*

ada.bosque@usdoj.gov
*E-mail address*

(202) 353-0807
*Telephone number*

(202) 514-6584
*FAX number*