IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALINI COSTRUTTORI, S.P.A., ) | |
|     Plaintiff. ) | |
| ) | |
| v. ) | D. D.C. No. 14-2036 |
| ) | |
| KINGDOM OF MOROCCO, ) | |
|     Defendant. ) | |

ORDER

Upon consideration of the United States' unopposed motion for an extension of time in which to respond to the Court's May 28, 2015 order, it is hereby

ORDERED that the United States shall file its notice of intent to file by July 10, 2015; and it is

FURTHER ORDERED that the United States may file its statement of interest, if any, by August 10, 2015.

                                            FOR THE COURT:

                                            _____

Dated: _____, 2015
       Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALINI COSTRUTTORI, S.P.A.,   )
    Plaintiff.   )
                             )
v.   )   D. D.C. No. 14-2036
                             )
KINGDOM OF MOROCCO,   )
    Defendant.   )

## UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COURT'S MAY 28, 2015 ORDER

The United States respectfully requests an extension of time of 10 days, to and including July 10, 2015, to respond to the Court's order inviting the United States to file a statement of interest. Counsel for plaintiff advised the undersigned that it consents to this request. This is our first request for an extension of time for this purpose.

On May 28, 2015, this Court invited the United States to file a statement of issue addressing the Kingdom of Morocco's objections to service and jurisdiction.

The Office of International Judicial Assistance, within the Civil Division of the Department of Justice, is the Central Authority in the United States with responsibility for implementing Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or

Commercial Matters, 20 U.S.T. 361, T.I.A.S. No. 6638 (Hague Convention). The Department of Justice, as well as the Department of State, also have a significant interest in the proper interpretation of the Foreign Sovereign Immunities Act (FSIA).

Good cause exists for this request, as additional time is necessary to allow sufficient time for the Department of Justice, in consultation with the Department of States, to decide whether it is appropriate for the United States to file a statement of interest in this case and, if so, to prepare appropriate responses to the Court's questions. Counsel has proceeded in good faith in seeking to file this motion.

For these reasons, we respectfully request that the Court grant our motion for an extension of time of 10 days, through and including July 10, 2015, within which to file our notice of intent to file a statement of interest in this matter.

Respectfully Submitted,

BENJAMIN C. MIZER
Acting Assistant Attorney General

                                  JEANNE E. DAVIDSON
                                  Director

                                  /s/ Ada E. Bosque
                                  ADA E. BOSQUE
                                  Senior Litigation Counsel
                                  Office of International Judicial
                                         Assistance
                                  Civil Division
                                  Department of Justice
                                  1100 L Street, N.W.
                                  Attn: Classification Unit
                                         8th Floor
                                  Washington, D.C. 20530
                                  Tel: (202) 353-0807
                                  Fax: (202) 514-7965
June 25, 2015                     Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SALINI COSTRUTTORI, S.P.A., | ) | |
|     Plaintiff. | ) | |
| | ) | |
| v. | ) | D. D.C. No. 14-2036 |
| | ) | |
| KINGDOM OF MOROCCO, | ) | |
|     Defendant. | ) | |

## DECLARATION OF ADA E. BOSQUE

I, Ada E. Bosque, state the following:

1. I am an attorney with the Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance, Washington, D.C. In that capacity, I have been assigned responsibility for *Salini Costruttori, S.P.A. v. Kingdom of Morocco*, D.D.C. No. 14-2036.

2. The Office of International Judicial Assistance, within the Civil Division of the Department of Justice, is the Central Authority in the United States with responsibility for implementing the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters.

3. Further, the Department of Justice, as well as the Department of State, have a significant interest in the proper interpretation of the Foreign Sovereign Immunities Act (FSIA), and the Office of Foreign Litigation is

responsible for representing the interests of the United States in suits brought in foreign courts.

4.     An extension of time necessary to allow sufficient time for the Department of Justice, in consultation with the Department of State, to decide whether it is appropriate for the United States to file a statement of interest in this case and, if so, to prepare appropriate responses to the Court's questions.

5.     Upon being notified of the Court's May 28, 2015 order, I registered for electronic filing with the Court, entered my appearance, have proceeded in good faith in seeking to file this motion.

6.     On June 25, 2015, I contacted plaintiff's counsel, Peter J.W. Sherwin, who consents to this motion.]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on June 25, 2015.

/s/ Ada E. Bosque
Ada E. Bosque

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 25th day of June, 2015, a copy of the foregoing UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO FILE was filed electronically.

__X__  This filing was served electronically to all parties by operation of the Court's electronic filing system.

__  A copy of this filing was served via:

    __ hand delivery

    __ mail

    __ third-party commercial carrier for delivery within 3 days

    __ electronic means, with written consent of the party being served

to the following address:

    Peter J.W. Sherwin
    PROSKAUER ROSE LLP
    Eleven Times Square
    New York, NY 10036-6522

        /s/ Ada E. Bosque